CHARLIE MCCLENDON *v.* COMMISSIONER OF CORRECTION

The petitioner Charlie McClendon's petition for certification for appeal from the Appellate Court, 93 Conn. App. 228 (AC 25563), is denied.

*Charles F. Willson,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* ELLIS DIXSON

ELLIS DIXSON *v.* COMMISSIONER OF CORRECTION

The petition by Ellis Dixson for certification for appeal from the Appellate Court, 93 Conn. App. 171 (AC 25570/AC 25651), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided March 2, 2006